**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re Xifaxan Antitrust Litigation<br><br>This Document Relates To:<br><br>All Actions | No. 1:25-cv-00515-MRD-PAS |

### JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER

Plaintiffs CVS Pharmacy, Inc. ("CVS"), Walgreen Co., The Kroger Co., Albertsons

Companies, Inc., H-E-B, L.P., and Supervalu, Inc. (collectively the "Retailer Plaintiffs"); Value

Drug Company ("Value Drug") and KPH Healthcare Services, Inc. ("KPH") (collectively the

"DPP Plaintiffs" and, together with Retailer Plaintiffs, "Plaintiffs"); and Defendants Bausch

Health Companies Inc., Bausch Health Ireland Limited, Salix Pharmaceuticals, Ltd., and Salix

Pharmaceuticals, Inc. (collectively "Bausch"), and Defendants Teva Pharmaceutical Industries

Ltd., Teva Pharmaceuticals USA, Inc., and Actavis Laboratories FL, Inc. (collectively "Teva"

and, together with Bausch, the "Defendants"), by and through their undersigned counsel, jointly

seek to amend the joint scheduling Order entered on February 6, 2026. In support, the parties

state as follows:

1.      Starting in October, 2025, plaintiffs began filing their respective complaints in

this action. *See* 1:25-ev-00515, ECF No. 1 (Walgreens Co., et al); 1:25-ev-00544, ECF No. 1

(KPH); 1:25-ev-00550, ECF No. 1 (Value Drug).

2.      In a November 24, 2025 Text Order, the Court So-Ordered the Parties' stipulated

agreement to a December 1, 2025 deadline for Amended Complaints. Plaintiffs filed amended

complaints on that date.  1:25-cv-00550, ECF No. 46 (DPP Plaintiffs); 1:25-cv-00515 (Walgreen Co., et al).

3.      On December 17, 2025, the Court entered Case Management Order No. 1 coordinating pretrial proceedings in the related actions. Case Nos. 1:25-cv-00479-MRD-PAS, 1:25-cv-00515-MRD-PAS, 1:25-cv-00544-MRD-PAS, 1:25-cv-00550-MRD-PAS.

4.      On December 23, 2025, plaintiff CVS filed its complaint. 1:25-cv-00678, ECF No. 1.

5.      On January 8, 2026, Defendants provided Plaintiffs with certain confidential documents related to Plaintiffs' claims.

6.      On February 6, 2026, in light of Defendants' waiver of service of CVS's complaint and the CVS matter being included in the coordination order, the Parties stipulated to a modified briefing schedule for anticipated motions to dismiss. 1:25-cv-00544, ECF No. 32. The Court So-Ordered the stipulation in a Text Order on February 6, 2026.

7.      On February 16, 2026, the parties met and conferred, and Plaintiffs informed Defendants that in Plaintiffs' view, the documents did not warrant dismissal but did warrant Plaintiffs amending their complaints. During the meet and confer, Plaintiffs also informed Defendants that the motion to dismiss deadlines should be modified in light of the forthcoming proposed amendments.  It is Defendants' position that those documents demonstrate that Plaintiffs cannot continue to prosecute their claims consistent with Federal Rule of Civil Procedure 11.

8.      Having conferred further, the Parties now agree that Defendants' deadline to respond pursuant to ECF No. 32 and the related February 6, 2026 Text Order is vacated and the following schedule should govern further proceedings in this action:

2

| DATE | EVENT |
|---|---|
| March 26, 2026 | Plaintiffs to serve Proposed Amended Complaints on Defendants |
| April 9, 2026 | Defendants elect, after meeting and conferring with Plaintiffs, whether to consent[1] to the proposed amendments |

And further that:

    A.  If Defendants consent to Plaintiffs' Proposed Amended Complaints under Fed.

        R. Civ. P. 15(a)(2):

| DATE | EVENT |
|---|---|
| April 16, 2026 | Plaintiffs file Amended Complaints |
| June 1, 2026 | Defendants to answer, move or otherwise plead in response to the operative complaints |
| July 2, 2026 | Plaintiffs' opposition to any motion to dismiss |
| August 3, 2026 | Defendants' reply in support of any motion to dismiss |

    B.  If Defendants decline to consent to Plaintiffs' Proposed Amended Complaints

        under Fed. R. Civ. P. 15(a)(2):

| DATE | EVENT |
|---|---|
| April 16, 2026 | Plaintiffs' Motion for Leave to Amend |
| May 15, 2026 | Defendants' opposition to Plaintiffs' Motion for Leave to Amend |
| May 29, 2026 | Plaintiffs' reply in support of Motion for Leave to Amend |

The parties respectfully request that this Court adopt this stipulation by signing the below.

---

[1] CVS, having not filed an amended complaint, may file an amended complaint without leave or consent pursuant to Fed. R. Civ. P. 15(a)(1)(B).

SO ORDERED:

Hon. Melissa R. DuBose
United States District Judge


/s/ Timothy K. Baldwin                      /s/ Matthew T. Oliverio

Timothy K. Baldwin (#7889)                  Matthew T. Oliverio, Esquire (#3372)
WHELAN CORRENTE & FLANDERS LLP              OLIVERIO & MARCACCIO LLP
100 Westminster Street, Suite 710           30 Romano Vineyard Way, Suite 109
Providence, Rhode Island 02903              North Kingstown, Rhode Island 02852
(401) 270-0330                              Telephone: (401) 861-2900
TBaldwin@whelancorrente.com                 Email: mto@om-rilaw.com


Bruce E. Gerstein
Dan Litvin                                  Scott E. Perwin (pro hac vice)
David B. Rochelson                          Lauren C. Ravind (pro hac vice)
GARWIN GERSTEIN & FISHER LLP                Anna T. Neill (pro hac vice)
88 Pine Street, 10th Floor                  SPERLING KENNY NACHWALTER LLC
New York, NY 10005                          Four Seasons Tower, Suite 1100
(212) 398-0055                              1441 Brickell Avenue
bgerstein@garwingerstein.com                Miami, FL 33131
dlitvin@garwingerstein.com                  Telephone: (305) 373-1000
drochelson@garwingerstein.com               Email: sperwin@sperlingkenny.com
                                            Email: lravkind@sperlingkenny.com
*Counsel for Value Drug Company and Interim*  Email: aneill@sperlingkenny.com
*Co-Lead Counsel for the Proposed Direct*
*Purchaser Class*                           *Attorneys for Plaintiffs Walgreen Co., The Kroger*
                                            *Co., Albertsons Companies, Inc., H-E-B, L.P. and*
                                            *Supervalu, Inc.*

4

Stuart E. Des Roches
Dan Chiorean
Thomas J. Maas
ODOM & DES ROCHES LLC
650 Poydras Street, Suite 2350
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
dchiorean@odrlaw.com
tmaas@odrlaw.com

Peter Kohn
Joseph Lukens
FARUQI & FARUQI LLP
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
Andrew C. Curley
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bergermontague.com
ccoslett@bergermontague.com
acurley@bergermontague.com

Richard D. Schwartz
BERGER MONTAGUE PC
110 N Wacker Drive, Suite 2500
Chicago, IL 60606
(773) 257-0255
rschwartz@bergermontague.com

Susan Segura
David C. Raphael
Erin R. Leger
SMITH SEGURA RAPHAEL
LEGER LLP
221 Ansley Blvd.
Alexandria, LA 71303
(318) 445-4480

Steven D. Shadowen (pro hac vice forthcoming)
Matthew C. Weiner (pro hac vice forthcoming)
Melissa Mather (pro hac vice forthcoming)
HILLIARD SHADOWEN LLP
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowen.com
matt@hilliardshadowen.com
mmather@hilliardshadowen.com

*Attorneys for Plaintiff Supervalu, Inc. only*

Brooks R. Magratten (#3585)
Stanley F. Pupecki (#6704)
PIERCE ATWOOD LLP
One Citizens Plaza, 10th Floor
Providence, Rhode Island 02903
(401) 490-3422
bmagratten@pierceatwood.com
spupecki@pierceatwood.com

Michael L. Roberts
Sarah E. DeLoach
Erich P. Schork
Stephanie E. Smith
Joshua Zuckerman
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, TX 75201
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
sarahdeloach@robertslawfirm.us
erichschork@robertslawfirm.us
stephaniesmith@robertslawfirm.us
joshzuckerman@robertslawfirm.us

*Counsel for KPH Health Services, Inc. a/k/a Kinney Drugs, Inc. and Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Dianne M. Nast
Joseph N. Roda
Michael S. Tarringer
NASTLAW LLC
1101 Market Street, Suite 2801

ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

Russell A. Chorush
Christopher M. First
William Collier
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, TX 77002
(713) 221-2000
rchorush@hpcllp.com
cfirst@hpcllp.com
wcollier@hpcllp.com

Steven L. Bloch
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491
sbloch@sgtlaw.com

*Additional counsel for Value Drug Company
and the Proposed Direct Purchaser Class*

Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mtarringer@nastlaw.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

Michael D. Hausfeld
HAUSFELD LLP
1200 17th Street, NW, Suite 600
Washington, DC 20036
(202) 540-7200
mhausfeld@hausfeld.com

Michael P. Lehmann
Bruce J. Wecker
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
(415) 633-1908
mlehmann@hausfeld.com
bwecker@hausfeld.com

*Additional counsel for KPH Health Services,
Inc. a/k/a Kinney Drugs, Inc. and the Proposed
Direct Purchaser Class*

*/s/ Joseph V. Cavanagh, III*

Joseph V. Cavanagh, III (#6907)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc3@blishcavlaw.com

Devora W. Allon (Admitted Pro Hac Vice)
Jay P. Lefkowitz (Admitted Pro Hac Vice)
Kevin M. Neylan, Jr. (Admitted Pro Hac Vice)
Gilad Bendheim (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com
kevin.neylan@kirkland.com
gilad.bendheim@kirkland.com

*Counsel for Bausch Health Companies Inc.,
Bausch Health Ireland Limited, Salix
Pharmaceuticals, Inc., and Salix
Pharmaceuticals, Ltd.*

*/s/ Mackenzie C. McBurney*

Mitchell R. Edwards (#6942)
medwards@hinckleyallen.com
Mackenzie C. McBurney (#10098)
mmcburney@hinckleyallen.com
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

George G. Gordon
Julia E. Chapman
Katherin E. Unger Davis
David M. Costigan
Forrest E. Lovett
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2382
Facsimile: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
katherin.ungerdavis@dechert.com
david.costigan@dechert.com
forrest.lovett@dechert.com

*Counsel for Teva Pharmaceutical Industries
Ltd., Teva Pharmaceuticals USA, Inc., and
Actavis Laboratories FL, Inc.*