**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| In re Xifaxan Antitrust Litigation<br><br>This Document Relates To:<br>All Actions | Case No. 1:25-cv-00515-MRD-PAS |

**JOINT STIPULATION REGARDING THE DPP PROPOSED AMENDED COMPLAINT
AND RULE 12(B)(6) MOTION PRACTICE**

Plaintiffs Value Drug Company and KPH Healthcare Services, Inc. (collectively, the "DPP Plaintiffs"), Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Supervalu, Inc. (collectively, the "Walgreens Plaintiffs"), and Plaintiff CVS Pharmacy, Inc. ("CVS") (together with the Walgreens Plaintiffs, the "Retailer Plaintiffs"), and Defendants Bausch Health Companies Inc., Bausch Health Ireland Limited, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc. (collectively "Bausch") and Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., and Actavis Laboratories Fl, Inc. (collectively, "Teva," and, together with Bausch, "Defendants"), by and through their undersigned counsel, jointly seek to stipulate to a procedure for scheduling Bausch's time to respond to the DPP Plaintiffs' proposed Second Amended Complaint and Defendants' time to respond to the operative complaints of the Walgreens and CVS Plaintiffs. In support, the parties state as follows:

1. On April 2, 2026, the Court entered the Amended Case Management Order coordinating pretrial proceedings in the related actions, Case Nos. 1:25-cv-00479-MRD-PAS, 1:25-cv-00515-MRD-PAS, 1:25-cv-00544-MRD-PAS, 1:25-cv-00550-MRD-PAS, and 1:25-cv-00678-MRD-PAS. (Dkt. No. 42.)

2.      The Amended Case Management Order contains the following schedule, in the event that Defendants declined to consent to Plaintiffs' Proposed Amended Complaints under Fed. R. Civ. P. 15(a)(2):

| Event | Date |
| --- | --- |
| Plaintiffs' Motion for Leave to Amend | April 16, 2026 |
| Defendants' Opposition to Plaintiffs' Motion for Leave to Amend | May 15, 2026 |
| Plaintiffs' reply in support of Motion for Leave to Amend | May 29, 2026 |

3.      The Walgreens Plaintiffs filed a Motion for Leave to Amend on April 16, 2026. (Dkt. No. 45.)

4.      Defendants do not consent to the Walgreen Plaintiffs' proposed amendments and intend to oppose the Walgreen Plaintiffs' Motion and will file their opposition in accordance with the above schedule.  The Walgreen Plaintiffs respectfully contend that the Court should grant their motion and direct Defendants to raise any arguments they wish in a consolidated motion to strike and/or dismiss.

5.      Bausch does not oppose the DPP Plaintiffs' Second Amended Complaint (Dkt. No. 44), but plans to seek dismissal of the complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

6.      CVS filed an amended complaint as of right under Rule 15(a)(1), and Defendants plan to move to dismiss for failure to state a claim and/or to strike on the same grounds on which they will seek to dismiss Walgreens's Second Amended Complaint.

7.      The parties seek to avoid unnecessary motion practice while also maintaining a consistent schedule across all related actions.

NOW, THEREFORE, the parties agree to and stipulate as follows:

1.      Bausch consents to DPP Plaintiffs' Second Amended Complaint;

2.      DPP Plaintiffs agree that their Second Amended Complaint is subject to the same Motion to Dismiss schedule as the Walgreens and CVS Plaintiffs;

3.      The parties agree to submit a proposed briefing schedule regarding Defendants' time to answer, move to dismiss, or otherwise respond to the operative complaints within ten (10) days of the Court's resolution of the Walgreen Plaintiffs' Motion for Leave to Amend.

The parties respectfully request that this Court adopt this stipulation by signing the below.

SO ORDERED:

_____
Hon. Melissa R. DuBose
United States District Judge

3

Dated: May 6, 2026

Plaintiffs,

/s/ Timothy K. Baldwin
Timothy K. Baldwin (#7889)
**WHELAN CORRENTE & FLANDERS LLP**
100 Westminster Street, Suite 710
Providence, Rhode Island 02903
(401) 270-0330
TBaldwin@whelancorrente.com

Bruce E. Gerstein
Dan Litvin
David B. Rochelson
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
dlitvin@garwingerstein.com
drochelson@garwingerstein.com

*Counsel for Value Drug Company and Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

/s/ Brooks R. Magratten
Brooks R. Magratten (#3585)
Stanley F. Pupecki (#6704)
**PIERCE ATWOOD LLP**
One Citizens Plaza, 10th Floor
Providence, Rhode Island 02903
(401) 490-3422
bmagratten@pierceatwood.com
spupecki@pierceatwood.com

Michael L. Roberts
Sarah E. DeLoach
Erich P. Schork
Stephanie E. Smith
Joshua Zuckerman
**ROBERTS LAW FIRM US, PC**
1920 McKinney Ave., Suite 700
Dallas, TX 75201

Respectfully submitted,

Defendants,

/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, III (#6907)
**Blish & Cavanagh, LLP**
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
Email: jvc3@blishcavlaw.com

Devora W. Allon, P.C. (*pro hac vice*)
Jay P. Lefkowitz, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr. (*pro hac vice*)
Gilad Bendheim (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com
kevin.neylan@kirkland.com
gilad.bendheim@kirkland.com

*Counsel for Bausch Health Companies Inc., Bausch Health Ireland Limited, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc.*

/s/ Mitchell R. Edwards
Mitchell R. Edwards (#6942)
Mackenzie C. McBurney (#10098)
**Hinckley, Allen & Snyder LLP**
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
Tel.: (401) 274-2000
Fax: (401) 277-9600
medwards@hinckleyallen.com
mmcburney@hinckleyallen.com

George G. Gordon (*pro hac vice*)
Julia E. Chapman (*pro hac vice*)
Katherine Unger Davis (*pro hac vice*)
Forrest E. Lovett (*pro hac vice*)
David M. Costigan (*pro hac vice*)

4

Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
sarahdeloach@robertslawfirm.us
erichschork@robertslawfirm.us
stephaniesmith@robertslawfirm.us
joshzuckerman@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc.
and Interim Co-Lead Counsel for the
Proposed Direct Purchaser Class*

David F. Sorensen
Caitlin G. Coslett
Andrew C. Curley
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bergermontague.com
ccoslett@bergermontague.com
acurley@bergermontague.com

Richard D. Schwartz
**BERGER MONTAGUE PC**
110 N Wacker Drive, Suite 2500
Chicago, IL 60606
(773) 257-0255
rschwartz@bergermontague.com

Stuart E. Des Roches
Dan Chiorean
Thomas J. Maas
**ODOM & DES ROCHES LLC**
650 Poydras Street, Suite 2350
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
dchiorean@odrlaw.com
tmaas@odrlaw.com

Russell A. Chorush
Christopher M. First
William Collier
**HEIM PAYNE & CHORUSH LLP**
609 Main Street, Suite 3200
Houston, TX 77002

**DECHERT LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
katherine.ungerdavis@dechert.com
forrest.lovett@dechert.com
david.costigan@dechert.com

*Counsel for Teva Pharmaceutical Industries
Ltd., Teva Pharmaceuticals USA, Inc., and
Actavis Laboratories FL, Inc*

5

(713) 221-2000
rchorush@hpcllp.com
cfirst@hpcllp.com
wcollier@hpcllp.com

Peter Kohn
Joseph Lukens
**FARUQI & FARUQI LLP**
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

Susan Segura
David C. Raphael
Erin R. Leger
**SMITH SEGURA RAPHAEL
LEGER LLP**
221 Ansley Blvd.
Alexandria, LA 71303
(318) 445-4480
ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

Steven L. Bloch
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491
sbloch@sgtlaw.com

*Counsel for Value Drug Company and the
Proposed Direct Purchaser Class*

Dianne M. Nast (*pro hac vice*)
Joseph N. Roda (*pro hac vice*)
Michael S. Tarringer (*pro hac vice*)
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mtarringer@nastlaw.com

6

Linda P. Nussbaum (*pro hac vice*)
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

Michael D. Hausfeld (*pro hac vice*)
**Hausfeld LLP**
1200 17th Street, NW, Suite 600
Washington, DC 20036
(202) 540-7200
mhausfeld@hausfeld.com

Michael P. Lehmann (*pro hac vice*)
Bruce J. Wecker (*pro hac vice*)
**Hausfeld LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
(415) 633-1908
mlehmann@hausfeld.com
bwecker@hausfeld.com

*Counsel for KPH Healthcare Services, Inc.*
*and the Proposed Direct Purchaser Class*

*/s/ Matthew T. Oliverio*
Matthew T. Oliverio, Esquire (#3372)
**OLIVERIO & MARCACCIO LLP**
41 Romano Vineyard Way, Suite 6140
North Kingstown, Rhode Island 02852
(401) 861-2900
mto@om-rilaw.com

Barry L. Refsin (pro hac vice)
Eric L. Bloom (pro hac vice)
Alexander J. Egerváry (pro hac vice)
Caitlin V. McHugh (pro hac vice)
Cary Zhang (pro hac vice)
**HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
brefsin@hangley.com

7

ebloom@hangley.com
aegervary@hangley.com
cmchugh@hangley.com
czhang@hangley.com

*Counsel for Plaintiff CVS Pharmacy, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 6th day of May, 2026, a true copy of the within document was filed electronically and it is available for viewing and downloading from the Court's Electronic Case Filing System by counsel of record for all parties.

<em>/s/ Joseph V. Cavanagh, III</em>