**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re Xifaxan Antitrust Litigation<br><br>This Document Relates To:<br><br>All Actions | No. 1:25-cv-00515-MRD-PAS |

**JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER**

Plaintiffs CVS Pharmacy, Inc. ("CVS"), Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and Supervalu, Inc. (collectively the "Retailer Plaintiffs"); Value Drug Company ("Value Drug") and KPH Healthcare Services, Inc. ("KPH") (collectively the "DPP Plaintiffs" and, together with Retailer Plaintiffs, "Plaintiffs"); and Defendants Bausch Health Companies Inc., Bausch Health Ireland Limited, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc. (collectively "Bausch"), and Defendants Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., and Actavis Laboratories FL, Inc. (collectively "Teva" and, together with Bausch, the "Defendants"), by and through their undersigned counsel, jointly seek to stipulate to a schedule for Defendants' time to respond to Plaintiffs' operative complaints. In support, the parties state as follows:

1. On May 6, 2026, the Parties stipulated that a proposed briefing schedule for all Motions to Dismiss directed at Plaintiffs' operative complaints would be submitted by the Parties within ten (10) days of the Court's resolution of the Walgreen Plaintiffs' Motion for Leave to Amend. (Dkt. 49). The Court So-Ordered the stipulation in a Text Order on May 21, 2026.

2. On July 21, 2026, the Court entered a Text Order resolving the Walgreen Plaintiffs' Motion for Leave to Amend.

3. Having conferred further, the Parties now agree that the following schedule should govern further proceedings in this action:

| **DATE** | **EVENT** |
|---|---|
| September 22, 2026 | Defendants to answer, move or otherwise plead in response to the operative complaints |
| November 2, 2026 | Plaintiffs' opposition to any motion to dismiss |
| December 2, 2026 | Defendants' reply in support of any motion to dismiss |

The parties respectfully request that this Court adopt this stipulation by signing the below.

SO ORDERED:

Hon. Melissa R. DuBose
United States District Judge

*/s/ Timothy K. Baldwin*

Timothy K. Baldwin (#7889)
WHELAN CORRENTE & FLANDERS LLP
100 Westminster Street, Suite 710
Providence, Rhode Island 02903
(401) 270-0330
TBaldwin@whelancorrente.com

Bruce E. Gerstein
Dan Litvin
David B. Rochelson
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
dlitvin@garwingerstein.com
drochelson@garwingerstein.com

*Counsel for Value Drug Company and Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

*/s/ Matthew T. Oliverio*

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
30 Romano Vineyard Way, Suite 109
North Kingstown, Rhode Island 02852
Telephone: (401) 861-2900
Email: mto@om-rilaw.com

Scott E. Perwin (pro hac vice)
Lauren C. Ravkind (pro hac vice)
Anna T. Neill (pro hac vice)
SPERLING KENNY NACHWALTER LLC
Four Seasons Tower, Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Email: sperwin@sperlingkenny.com
Email: lravkind@sperlingkenny.com
Email: aneill@sperlingkenny.com

*Attorneys for Plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P. and Supervalu, Inc.*

Stuart E. Des Roches
Dan Chiorean
Thomas J. Maas
ODOM & DES ROCHES LLC
650 Poydras Street, Suite 2350
New Orleans, LA 70130
(504) 522-0077
stuart@odrlaw.com
dchiorean@odrlaw.com
tmaas@odrlaw.com

Peter Kohn
Joseph Lukens
FARUQI & FARUQI LLP
1617 JFK Blvd, Suite 1550
Philadelphia, PA 19103
(215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
Andrew C. Curley
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bergermontague.com
ccoslett@bergermontague.com
acurley@bergermontague.com

Richard D. Schwartz
BERGER MONTAGUE PC
110 N Wacker Drive, Suite 2500
Chicago, IL 60606
(773) 257-0255
rschwartz@bergermontague.com

Susan Segura
David C. Raphael
Erin R. Leger
SMITH SEGURA RAPHAEL
LEGER LLP
221 Ansley Blvd.
Alexandria, LA 71303
(318) 445-4480

Steven D. Shadowen (pro hac vice forthcoming)
Matthew C. Weiner (pro hac vice forthcoming)
Melissa Mather (pro hac vice forthcoming)
HILLIARD SHADOWEN LLP
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowen.com
matt@hilliardshadowen.com
mmather@hilliardshadowen.com

*Attorneys for Plaintiff Supervalu, Inc. only*

Brooks R. Magratten (#3585)
Stanley F. Pupecki (#6704)
PIERCE ATWOOD LLP
One Citizens Plaza, 10th Floor
Providence, Rhode Island 02903
(401) 490-3422
bmagratten@pierceatwood.com
spupecki@pierceatwood.com

Michael L. Roberts
Sarah E. DeLoach
Erich P. Schork
Stephanie E. Smith
Joshua Zuckerman
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, TX 75201
Telephone: (501) 821-5575
mikeroberts@robertslawfirm.us
sarahdeloach@robertslawfirm.us
erichschork@robertslawfirm.us
stephaniesmith@robertslawfirm.us
joshzuckerman@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. and Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

Dianne M. Nast
Joseph N. Roda
Michael S. Tarringer
NASTLAW LLC
1101 Market Street, Suite 2801

ssegura@ssrllp.com
draphael@ssrllp.com
eleger@ssrllp.com

Russell A. Chorush
Christopher M. First
William Collier
HEIM PAYNE & CHORUSH LLP
609 Main Street, Suite 3200
Houston, TX 77002
(713) 221-2000
rchorush@hpcllp.com
cfirst@hpcllp.com
wcollier@hpcllp.com

Steven L. Bloch
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491
sbloch@sgtlaw.com

*Additional counsel for Value Drug Company and the Proposed Direct Purchaser Class*

Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mtarringer@nastlaw.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
(917) 438-9102
lnussbaum@nussbaumpc.com

Michael D. Hausfeld
HAUSFELD LLP
1200 17th Street, NW, Suite 600
Washington, DC 20036
(202) 540-7200
mhausfeld@hausfeld.com

Michael P. Lehmann
Bruce J. Wecker
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
(415) 633-1908
mlehmann@hausfeld.com
bwecker@hausfeld.com

*Additional counsel for KPH Health Services, Inc. a/k/a Kinney Drugs, Inc. and the Proposed Direct Purchaser Class*

<u>*/s/ Joseph V. Cavanagh, III*</u>

Joseph V. Cavanagh, III (#6907)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
jvc3@blishcavlaw.com

Devora W. Allon (Admitted Pro Hac Vice)
Kevin M. Neylan, Jr. (Admitted Pro Hac Vice)
Gilad Bendheim (Admitted Pro Hac Vice)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com
gilad.bendheim@kirkland.com

*Counsel for Bausch Health Companies Inc., Bausch Health Ireland Limited, Salix Pharmaceuticals, Inc., and Salix Pharmaceuticals, Ltd.*

<u>*/s/ Mackenzie C. McBurney*</u>

Mitchell R. Edwards (#6942)
medwards@hinckleyallen.com
Mackenzie C. McBurney (#10098)
mmcburney@hinckleyallen.com
Hinckley, Allen & Snyder LLP
100 Westminster Street, Suite 1500
Providence, Rhode Island 02903
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

George G. Gordon
Julia E. Chapman
Katherine Unger Davis
David M. Costigan
Forrest E. Lovett
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2382
Facsimile: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
katherine.ungerdavis@dechert.com
david.costigan@dechert.com
forrest.lovett@dechert.com

*Counsel for Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., and Actavis Laboratories FL, Inc.*